**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCILLIA MOLINA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AR RESOURCES, INC.,<br><br>　　　　　　Defendant. | Civil Action No: 17-6573-SDW-SCM<br><br>**ORDER**<br><br><br>February 22, 2018 |

**WIGENTON**, District Judge.

　　This matter, having come before this Court on Defendant AR Resources, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Francillia Molina's ("Molina" or "Plaintiff") Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated February 22, 2018,

　　**IT IS** on this 22nd day of February, 2018

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Susan D. Wigenton_____
　　　　　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　　　Clerk
　　　　　　Steven C. Mannion, U.S.M.J.
　　　　　　Parties